**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE BRIDGETTE, | ) Case No. CV 19-9514-SJO (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| R.C. JOHNSON, Warden, | ) |
| Respondent. | ) |

Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 19, 2019

S. JAMES OTERO
U.S. DISTRICT JUDGE